ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| GENEVA J. EVRETT, | CASE NO: 1:07-cv-00563 -SMS |
| Plaintiff, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from November 17, 2007 to December 17, 2007.

This is the Plaintiff's first request for an extension of time in this case.  The Plaintiff needs more time to prepare the Opening Brief.

                                                Respectfully submitted,

                                                */s/ Robert D. Christenson*

Dated:   November 14, 2007                ROBERT D. CHRISTENSON
                                                            Attorney for Plaintiff

Dated: __November 16, 2007__          **McGREGOR W. SCOTT**
                                       United States Attorney


                                       */s/ Theophous H. Reagans*
                                       _____
                                       **THEOPHOUS H. REAGANS**
                                       Special Assistant U.S. Attorney


**IT IS SO ORDERED**.


Date: 11/20/2007                        /s/ Sandra M. Snyder
                                       _____
                                       The **HONORABLE SANDRA M. SNYDER**
                                       United States Magistrate Judge