1  McGREGOR W. SCOTT
   LUCILLE GONZALES MEIS
2  Regional Chief Counsel, Region IX
   Social Security Administration
3  THEOPHOUS H. REAGANS, CBN 189450
   Special Assistant United States Attorney
4
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Telephone:  (415) 977-8943
6       Facsimile:  (415) 744-0134

7  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GENEVA J. EVRETT,              ) Case No. 1:07-cv-0563 OWW SMS
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND **ORDER**
13        vs.                       )
                                    )
14   MICHAEL J. ASTRUE,             )
     Commissioner of Social        )
15   Security,                      )
                                    )
16              Defendant.          )
                                    )
17   _____)

18       The parties hereby stipulate by counsel, with the Court's

19  approval as indicated by issuance of the attached Order, that

20  Defendant shall have a first extension of time of 30 days to

21  respond to Plaintiff's motion for summary judgment, due to

22  counsel's leave and a scheduling conflict arising from the large

23  number of cases which await briefing.  The current due date is

24  January 11, 2008.  The new due date will be February 11, 2008.

25       The parties further stipulate that the Court's Scheduling

26  Order shall be modified accordingly.

27

28

    Stip & Proposed Order Re Ext of D's Time                  Page 1

Dated: January 9, 2008_____ *Robert D. Christenson*
                                   *(As authorized via fax on 01/09/08)*
                                   DENNIS H. BLACK
                                   Attorney for Plaintiff


                                   McGREGOR W. SCOTT
                                   United States Attorney
                                   LUCILLE GONZALES MEIS
                                   Regional Chief Counsel, Region IX


Dated: January 9, 2008   By:   */s/ Theophous H. Reagans*
                                   THEOPHOUS H. REAGANS
                                   Special Assistant United States
                                   Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated:   1/10/2008              /s/ Sandra M. Snyder
                                   SANDRA M. SNYDER
                                   United States Magistrate Judge